

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00486-CR

Robert **ROMERO**,
Appellant

v.

**STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 562296
Honorable Wayne A. Christian, Judge Presiding

**O R D E R**

The State's motion for extension of time to file its brief is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court